AO 450 (Rev. 5/85) Judgment in a Civil Case

E-FILED
Monday, 30 April, 2007   03:45:45 PM
Clerk, U.S. District Court, ILCD

# United States District Court
### CENTRAL DISTRICT OF ILLINOIS

# JUDGMENT IN A CIVIL CASE

**CEDRIC WASHINGTON,**
**Petitioner,**

vs.  Case Number:  **07-2039**

**UNITED STATES OF AMERICA**,
**Respondent.**

☐ **DECISION BY THE COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the petition for habeas corpus is denied.  Case is terminated.

ENTER this 30th day of April 2007.

s/JOHN M. WATERS, CLERK
JOHN M. WATERS, CLERK

s/K. Wynn
BY:  DEPUTY CLERK